IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | No. 05-20067-002 | |
| JUAN G. PEDRAZA | | DEFENDANT |

**O R D E R**

The undersigned having been advised that Juan G. Pedraza and the government have entered into a plea agreement, Pedraza's motions to suppress evidence/motion in limine (Doc. #99) and to suppress evidence (Doc. 101) are hereby dismissed as moot.

IT IS SO ORDERED this 17th day of November 2005.

/s/Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE